UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONNA JANSEN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. HALL & COMPANY, a<br>Washington Corporation,<br><br>　　　　　　　　　　Defendant. | NO. 3:13-cv-05954-BHS<br><br>JOINT STIPULATION TO EXTEND<br>DISCOVERY DEADLINES<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, November 7, 2014** |

　　　　Defendant Michael J. Hall & Company and Plaintiff Donna Jansen jointly stipulate to an extension of the discovery deadline currently set for November 17, 2014 by one month to December 17, 2014. The parties are working together to schedule depositions, and obtain additional documents responsive to discovery requests. As of the date of this stipulation, neither party has taken any depositions. Neither party anticipates that continuance of this discovery deadline will impact the trial date in this matter. The parties hereby request the Court's approval of this stipulation and the entry of an order reflecting the following deadline:

　　　　Deadline to Complete Discovery:

　　　　　　　　November 17, 2014 to **December 17, 2014**

JOINT STIPULATION TO EXTEND
DISCOVERY DEADLINE -1

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

DATED:     October 29, 2014

| | |
|---|---|
| SCOTT, KINNEY, FJELSTAD & MACK | GORDON & REES LLP |
| By:__/s/Donna Mack_____<br>Donna Mack, WSBA No. 30875<br>Attorneys for Plaintiff<br>Email: mack@skfmlaw.com<br>600 University St., Ste. 1928<br>Seattle, WA 98101-4178<br>Telephone: (206) 622-2200<br>*Attorneys for Plaintiff* | By:*/s/David W. Silke*_____<br>    David W. Silke, WSBA #23761<br>    dsilke@gordonrees.com<br><br>By:*/s/Brittany F. Stevens*_____<br>    Brittany F. Stevens, WSBA #44822<br>    bstevens@gordonrees.com<br><br>    701 5th Avenue, Suite 2100<br>    Seattle, WA 98104<br>    Phone: (206) 695-5100<br>    Fax: (206) 689-2822<br>    *Attorneys for Defendant Michael J.*<br>    *Hall & Company* |

## ORDER

The Court being fully informed, and for good cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following deadline in this matter shall be extended:

Deadline to Complete Discovery:

November 17, 2014 to **December 17, 2014**

DATED and ENTERED this 13th day of November, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

JOINT STIPULATION TO EXTEND
DISCOVERY DEADLINE -2

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1  Presented by:

2  SCOTT, KINNEY, FJELSTAD & MACK          GORDON & REES LLP

3  By:_/s/Donna Mack_____
   Donna Mack, WSBA No. 30875              By:/s/David W. Silke_____
4  Attorneys for Plaintiff                    David W. Silke, WSBA # 23761
   Email: mack@skfmlaw.com                    dsilke@gordonrees.com
5  600 University St., Ste. 1928
   Seattle, WA 98101-4178                  By:/s/Brittany F. Stevens_____
6  Telephone: (206) 622-2200                  Brittany F. Stevens, WSBA # 44822
   *Attorneys for Plaintiff*                  bstevens@gordonrees.com
7
                                              701 5th Avenue, Suite 2100
8                                             Seattle, WA 98104
                                              Phone: (206) 695-5100
9                                             Fax: (206) 689-2822
                                              *Attorneys for Defendant Michael J.*
10                                            *Hall & Company*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STIPULATION TO EXTEND                 **GORDON & REES** LLP
DISCOVERY DEADLINE -3                       701 5th Avenue, Suite 2100
                                            Seattle, WA 98104
                                            Telephone: (206) 695-5100
                                            Facsimile: (206) 689-2822